IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02973-REB-MEH | Date:   January 23, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

JON A. GOODWIN,                                                          *Pro Se*

     Plaintiff,

vs.

MARCIA ANN BRUGGEMAN-HATCH, *et al.*,              Alex Myers
                                                                                              Frederick Baumann
     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:45 a.m.**

Court calls case.   Appearances of *pro se* Plaintiff and counsel for Defendants Marcia Ann Bruggeman-Hatch and Seamus Hatch.

Argument and discussion held regarding Defendants Marcia Ann and Seamus Hatch's Motion to Restrict Access (Level 1) to Plaintiff's Complaint and Request for Forthwith In Person Hearing (Doc. 62, filed 1/7/14).

**ORDERED:**   Defendants Marcia Ann and Seamus Hatch's Motion to Restrict Access (Level 1) to Plaintiff's Complaint and Request for Forthwith In Person Hearing (Doc. 62, filed 1/7/14) is GRANTED as stated on the record.   **The Clerk of the Court is directed to restrict Plaintiff's Complaint (Doc. 1), as well as the attached Appendix (Doc. 1-2), at Level 1.**

The parties are reminded to comply with Local Rule 7.1 prior to filing any motions.

Discussion held regarding Plaintiff's current address and telephone number, and communication between the parties.

**ORDERED:**   The parties shall answer each other's communications within 24 hours.

Discussion held regarding converting the Scheduling Conference to an additional Status Conference and service on other named Defendants.

**ORDERED:**   The Scheduling Conference set for **February 6, 2014, at 10:00 a.m.** is CONVERTED to a Status Conference.

Argument and discussion held regarding Defendants Marcia Ann and Seamus Hatch's Motion to Stay Discovery (Doc. 75, filed 1/16/14).

**ORDERED:**   Defendants Marcia Ann and Seamus Hatch's Motion to Stay Discovery (Doc. 75, filed 1/16/14) is GRANTED as it pertains to the merits of the case and not service of process.

Plaintiff requests appointment of counsel, and the Court directs Plaintiff to file a written motion on the issue.

**Court in recess:**   11:38 a.m.   **(Hearing concluded)**
**Total time in court:**   0:53

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.