**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02973-REB-MEH

JON A. GOODWIN, an individual, directly and derivatively in the right of and for the benefit of Barra Partners, LLC, a Delaware limited liability company,

    Plaintiff,

v.

MARCIA ANN BRUGGEMAN-HATCH, an individual, et al.

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#332],[1] filed July 8, 2014.  No objections having been filed to the recommendation, I review it only for plain error.[2]  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).

Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted. Plaintiff conceded in his response to the motion to dismiss that the named defendant,

---

[1] "[#332]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. **Morales-Fernandez**, 418 F.3d at 1122.  Nevertheless, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

Venture Law Group, PC, no longer has a corporate existence, having merged with another corporation, and thus is not a proper defendant subject to suit.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#332], filed July 8, 2014, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Motion To Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(2) Filed By Heller Ehrman (California), a Professional Corporation, Successor in Interest By Merger to Venture Law Group, a Professional Corporation** [#271], filed May 6, 2014, is **GRANTED IN PART** and **DENIED AS MOOT IN PART** as follows;

   a. That the motion is **GRANTED** to the extent it seeks dismissal of plaintiff's claims against defendant, Venture Law Group, a professional corporation, under Fed. R. Civ. P. 12(b)(6); and

   b. That in all other respects, the motion is **DENIED AS MOOT**;

4. That plaintiff's claims against defendant, Venture Law Group, a professional corporation, are **DISMISSED WITH PREJUDICE**;

5. That at the time judgment enters, judgment with prejudice **SHALL ENTER** on behalf of defendant, Venture Law Group, a professional corporation, against plaintiff, Jon A. Goodwin, on all claims for relief and causes of action asserted against this defendant; and

6.  That defendant, Venture Law Group, a professional corporation, is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly.

Dated August 7, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge