IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02973-REB-MEH

JON A. GOODWIN, an individual, directly and derivatively in the right of and for the benefit of Barra Partners, LLC, a Delaware limited liability company,

      Plaintiff,

v.

HELLER EHRMAN LLP, a limited liability partnership,
RICHARD S. WARLEY, an individual,
TINA LOUISE SCATUORCHIO-GOODWIN, an individual,
HARRY STORER SCOTT, an individual,
RADINE SABLAN, an individual,
ANGELA TORABYAN, an individual,
SIMON LUK, an individual,
RUSSELL A. STAMETS, an individual,
KANNAN P. SRINIVASAN, an individual,
ARAN VENTURES, a business entity, form unknown,
ARAN DEVELOPMENT, a business entity, form unknown,
ERIC VAUGHN TRAUT, an individual, and
DIANA BIAFORA SPARAGNA, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2014**.

      Before the Court is Plaintiff's Motion for Disclosure of any Circumstances Raising a Reasonable Question as to Impartiality [filed September 24, 2014; docket #362]. The Court finds no basis for Plaintiff's argument, and thus **denies** the motion.