IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02973-REB-MEH

JON A. GOODWIN, an individual, directly and derivatively in the right of and for the benefit of Barra Partners, LLC, a Delaware limited liability company,

    Plaintiff,

v.

HELLER EHRMAN LLP, a limited liability partnership,
RICHARD S. WARLEY, an individual,
TINA LOUISE SCATUORCHIO-GOODWIN, an individual,
HARRY STORER SCOTT, an individual,
RADINE SABLAN, an individual,
ANGELA TORABYAN, an individual,
SIMON LUK, an individual,
RUSSELL A. STAMETS, an individual,
KANNAN P. SRINIVASAN, an individual,
ARAN VENTURES, a business entity, form unknown,
ARAN DEVELOPMENT, a business entity, form unknown,
ERIC VAUGHN TRAUT, an individual, and
DIANA BIAFORA SPARAGNA, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2014**.

    Before the Court is Plaintiff's Motion for Disqualification of United States Magistrate Judge Michael E. Hegarty and United States Judge Robert E. Blackburn [filed October 6, 2014; docket #368]. The Court **denies** the motion for the same reasons outlined in this Court's September 25, 2013 Order (docket #367). The Court has no personal bias in this case and the Court is not persuaded by Plaintiff's arguments that there is any basis for an appearance of impropriety.