**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02973-REB-MEH

JON A. GOODWIN, an individual directly and derivatively in the right of and for the benefit of BARRA PARTNERS, LLC, a Delaware limited liability company,

    Plaintiff,

v.

HELLER EHRMAN, LLP, a limited liability company,
RICHARD S. WARLEY, an individual,
TINA LOUISE SCATUORCHIO-GOODWIN, an individual,
HARRY STORER SCOTT, an individual,
RADINE SABLAN, an individual,
ANGELA TOROBYAN, an individual,
SIMON LUK, an individual,
RUSSELL A. STAMET, an individual,
KANNAN P. SRINIVASAN, an individual,
ARAN VENTURES, a business entity, form unknown,
ARAN DEVELOPMENT, a business entity, form unknown,
ERIC VAUGHN TRAUT, an individual, and
DIANA BIAFORA SPARAGNA, an individual

    Defendants,

    and

BARRA PARTNERS, LLC,

    Nominal Defendant.

---

**ORDER OF DISMISSAL AS TO
DEFENDANTS HARRY STORER SCOTT, RADINE SABLAN, AND
ANGELA TOROBYAN, ONLY**

---

**Blackburn, J.**

    The matter is before the court on **Plaintiff's Motion To Drop Defendants Scott,**

**Sablan and Torobyan From This Action** [#374][1] filed October 23, 2014.  After reviewing the motion and the record, I have concluded that the motion should be granted and that plaintiff's claims against defendants Harry Storer Scott, Radine Sablan, and Angela Torabyan should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Plaintiff's Motion To Drop Defendants Scott, Sablan and Torobyan From This Action** [#374] filed October 23, 2014, is **GRANTED**;

2.  That plaintiff's claims against defendants Harry Storer Scott, Radine Sablan, and Angela Torabyan are **DISMISSED WITHOUT PREJUDICE**; and

3.  That defendants Harry Storer Scott, Radine Sablan, and Angela Torabyan are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 23, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[1] "[#374]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.