IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02973-REB-MEH

JON A. GOODWIN, AN INDIVIDUAL, DIRECTLY AND DERIVAITVLEY IN THE RIGHT OF AND FOR THE BENEFIT OF OTHER BARRA PARTNERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY

    Plaintiff

v.

HELLER EHRMAN LLP, A LIMITED LIABILITY PARTNERSHIP,
RICHARD S. WARLEY, AN INDIVIDUAL,
TINA LOUISE SCATUORCHIO-GOODWIN, AN INDIVIDUAL
SIMON LUK, AN INDIVIDUAL
RUSSELL A. STAMETS, AN INDIVIDUAL,
JOHN C. GONZALEZ, AN INDIVIDUAL,
KANNAN P. SRINIVASAN, AN INDIVIDUAL,
ARAN VENTURES, A BUSINESS ENTITY, FROM UNKNOWN,
ARAN DEVELOPMENT, A BUSINESS ENTITY, FROM UNKNOWN,
JONATHAN MARTIN TURCO, AN INDIVIDUAL,
ERIC VAUGHN TRAUT, AN INDIVIDUAL,
DIANA BIAFORA SPARAGNA, AN INDIVIDUAL, AND
BARRA PARTNERS LLC, ACTUALLY NAMES AS A NOMINAL DEFENDANT

    Defendant

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE** (Docket No. 385) of Judge Robert E. Blackburn entered on November 13, 2014.  It is

ORDERED That plaintiff's claims against the following defendants are

**DISMISSED WITHPREJUDICE**: Heller Ehrman LLP; Richard S. Warley; Tina Louise

Scatuorchio-Goodwin; Simon Luk; Russell A. Stamets; John c. Gonzalez; Kannan P. Srinivasan; Aran Ventures; Aran Development, Jonathan Martin Turco; Eric Vaughn Traut; DianaBiafora Sparagna; and Barra Partners, LLC (nominal defendant).  It is

FURTHER ORDERED,  Defendants is **AWARDED** his/her/its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe

A. Lowe
Deputy Clerk