**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02973-REB-MEH

JON A. GOODWIN, an individual, directly and derivatively in the right of and for the benefit of Barra Partners, LLC, a Delaware limited liability company,

      Plaintiff,

v.

HELLER EHRMAN LLP, a limited liability partnership,
RICHARD S. WARLEY, an individual,
TINA LOUISE SCATUORCHIO-GOODWIN, an individual,
SIMON LUK, an individual,
RUSSELL A. STAMETS, an individual,
JOHN C. GONZALEZ, an individual
KANNAN P. SRINIVASAN, an individual,
ARAN VENTURES, a business entity, form unknown,
ARAN DEVELOPMENT, a business entity, form unknown,
JONATHAN MARTIN TURCO, an individual
ERIC VAUGHN TRAUT, an individual,
DIANA BIAFORA SPARAGNA, an individual, and
BARRA PARTNERS, LLC, actually named as a nominal defendant,

      Defendants.

## ORDER FOR JUDGMENT

**Blackburn, J.**

      This matter is before me *sua sponte*. Following entry of the court's **Order Making Absolute Order To Show Cause** [#385],[1] filed November 13, 2014, all claims in this case have now been dismissed. Thus, it is appropriate to direct the entry of judgment pursuant to Fed. R. Civ. P. 58.

---

[1] "[#385]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That judgment without prejudice **SHALL ENTER** in accordance with the following prior orders of the court:

    a. **Order of Dismissal as to Defendants Harry Storer Scott, Radine Sablan, and Angela Torobyan, Only** ¶ 2 at 2 [#372], filed October 23, 2014;

    b. **Order Overruling Objection to and Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 6-7 [#57], filed August 27, 2014;

    c. **Order Overruling Objections to and Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 4 [#349], filed August 7, 2014;

    d. **Order Re: Recommendation of United States Magistrate Judge** ¶ 5 at 6;

    e. **Order Re: Recommendation of United States Magistrate Judge** ¶ 5 at 3-4 [#330], filed July 7, 2014;

    f. **Order Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 2 [#318], filed June 10, 2014;

    g. **Order Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 2 [#301], filed May 20, 2014; and

    h. **Amended Order Overruling Objection to and Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 3 [#213], filed April 10, 2014;

    2. That judgment with prejudice **SHALL ENTER** in accordance with the following prior orders of the court:

        a. **Order Making Absolute Order To Show Cause** ¶ 3 at 4 [#385], filed November 13, 2014;

        b. **Order Re: Recommendation of United States Magistrate Judge** ¶ 7 at 6 [#361], filed September 22, 2014; and

        c. **Order Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 2 [#350], filed August 7, 2014; and

    3. That this case is **CLOSED**.

Dated November 13, 2014, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge