### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02973-REB-MEH

JON A. GOODWIN, AN INDIVIDUAL, DIRECTLY AND DERIVAITVLEY IN THE RIGHT OF AND FOR THE BENEFIT OF OTHER BARRA PARTNERS, LLC, A DELAWARE LIMITED LIABILITY COMPANY

    Plaintiff

v.

HELLER EHRMAN LLP, A LIMITED LIABILITY PARTNERSHIP,
RICHARD S. WARLEY, AN INDIVIDUAL,
TINA LOUISE SCATUORCHIO-GOODWIN, AN INDIVIDUAL
SIMON LUK, AN INDIVIDUAL
RUSSELL A. STAMETS, AN INDIVIDUAL,
JOHN C. GONZALEZ, AN INDIVIDUAL,
KANNAN P. SRINIVASAN, AN INDIVIDUAL,
ARAN VENTURES, A BUSINESS ENTITY, FROM UNKNOWN,
ARAN DEVELOPMENT, A BUSINESS ENTITY, FROM UNKNOWN,
JONATHAN MARTIN TURCO, AN INDIVIDUAL,
ERIC VAUGHN TRAUT, AN INDIVIDUAL,
DIANA BIAFORA SPARAGNA, AN INDIVIDUAL, AND
BARRA PARTNERS LLC, ACTUALLY NAMES AS A NOMINAL DEFENDANT

    Defendant

### FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER FOR JUDGMENT** (Docket No. 387) of Judge Robert E. Blackburn entered on November 13, 2014.  It is

ORDERED that judgment without prejudice **IS ENTERED** in accordance with the following prior orders of the court:

a. **Order of Dismissal as to Defendants Harry Storer Scott, Radine Sablan, and Angela Torobyan, Only** ¶ 2 at 2 [#372], filed October 23, 2014;

b. **Order Overruling Objection to and Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 6-7 [#57], filed August 27, 2014;

c. **Order Overruling Objections to and Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 4 [#349], filed August 7, 2014;

d. **Order Re: Recommendation of United States Magistrate Judge** ¶ 5 at 6;

e. **Order Re: Recommendation of United States Magistrate Judge** ¶ 5 at 3-4 [#330], filed July 7, 2014;

f. **Order Adopting Recommendation of United States MagistrateJudge** ¶ 5 at 2 [#318], filed June 10, 2014;

g. **Order Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 2 [#301], filed May 20, 2014; and

h. **Amended Order Overruling Objection to and Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 3 [#213], filed April 10, 2014; it is

FURTHER ORDERED that judgment with prejudice **IS ENTER** in accordance with the following prior orders of the court:

a. **Order Making Absolute Order To Show Cause** ¶ 3 at 4 [#385], filed November 13, 2014;

b. **Order Re: Recommendation of United States Magistrate Judge** ¶ 7 at 6 [#361], filed September 22, 2014; and

c. **Order Adopting Recommendation of United States Magistrate Judge** ¶ 5 at 2 [#350], filed August 7, 2014; and it is

FURTHER ORDERED, Defendants is **AWARDED** his/her/its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Lowe

A. Lowe
Deputy Clerk